# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PHILLIP CHIN,**

              **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1310-Orl-31KRS**

**PAT FENDER,**

              **Defendant.**

_____

## ORDER

In light of the Plaintiff's response (Doc. 7) to the Report and Recommendation (Doc. 5) of the Magistrate, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2006.

                                                      GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party